| Fill in this information to identify your case: | | | |
|---|---|---|---|
| Debtor 1 | **Richard** | **Terry** | **Bourne** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Patricia** | **Shaffer** | **Bourne** |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF FLORIDA | | |
| Case number (if known) | 6:19-bk-00133 | | |

☐ Check if this is an amended filing

## Official Form 108
## Statement of Intention for Individuals Filing Under Chapter 7          12/15

If you are an individual filing under chapter 7, you must fill out this form if:
- ■ creditors have claims secured by your property, or
- ■ you have leased personal property and the lease has not expired.

You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors, whichever is earlier, unless the court extends the time for cause. You must also send copies to the creditors and lessors you list on the form

If two married people are filing together in a joint case, both are equally responsible for supplying correct information. Both debtors must sign and date the form.

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).

### Part 1:    List Your Creditors Who Have Secured Claims

1. For any creditors that you listed in Part 1 of Schedule D: Creditors Who Have Claims Secured by Property (Official Form 106D), fill in the information below.

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|
| Creditor's name: **Bank of New York Mellon** <br><br> Description of property securing debt: **1031 Roanoke Court NE Palm Bay, FL 32907 Brevard County 2,138 square foot home with 4 bedrooms, 2 baths and 2 car garage.** | ■ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: | ■ No<br><br>☐ Yes |
| Creditor's name: **Kia Motors Finance** <br><br> Description of property securing debt: **2018 Kia Sorento 7,000 miles Condition: Good; VIN#: 5XYPG4A34J6351824** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>■ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: | ☐ No<br><br>■ Yes |
| Creditor's name: **Pnc Bank** | ■ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a | ■ No<br><br>☐ Yes |

Debtor 1  **Richard Terry Bourne**
Debtor 2  **Patricia Shaffer Bourne**                                             Case number (if known)  6:19-bk-00133

| Description of property securing debt: | 2016 Jeep Wrangler Sport 36,000 miles Condition = Good; VIN#: 1C4AJWAG4GL114592 | *Reaffirmation Agreement.* ☐ Retain the property and [explain]: | |
|---|---|---|---|

| Creditor's name: | Regional Acceptance Co | ☐ Surrender the property. ■ Retain the property and redeem it. ☐ Retain the property and enter into a *Reaffirmation Agreement.* ☐ Retain the property and [explain]: | ☐ No ■ Yes |
|---|---|---|---|
| Description of property securing debt: | 2007 Dodge Dakota 131,000 miles Condition = Fair; VIN#: ID7HE48K37S127444; vehicle is sons and in mother and his name | | |

### Part 2: List Your Unexpired Personal Property Leases

For any unexpired personal property lease that you listed in Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G), fill in the information below. Do not list real estate leases. Unexpired leases are leases that are still in effect; the lease period has not yet ended. You may assume an unexpired personal property lease if the trustee does not assume it. 11 U.S.C. § 365(p)(2).

| Describe your unexpired personal property leases | Will the lease be assumed? |
|---|---|
| Lessor's name: Description of leased Property: | ☐ No ☐ Yes |
| Lessor's name: Description of leased Property: | ☐ No ☐ Yes |
| Lessor's name: Description of leased Property: | ☐ No ☐ Yes |
| Lessor's name: Description of leased Property: | ☐ No ☐ Yes |
| Lessor's name: Description of leased Property: | ☐ No ☐ Yes |
| Lessor's name: Description of leased Property: | ☐ No ☐ Yes |
| Lessor's name: Description of leased Property: | ☐ No ☐ Yes |

### Part 3: Sign Below

Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and any personal property that is subject to an unexpired lease.

X /s/ Patricia S. Bourne          X /s/ Richard T. Bourne

| | | | |
|---|---|---|---|
| Debtor 1 | Richard Terry Bourne | | |
| Debtor 2 | Patricia Shaffer Bourne | Case number *(if known)* | 6:19-bk-00133 |

**Richard Terry Bourne**
Signature of Debtor 1

**Patricia Shaffer Bourne**
Signature of Debtor 2

Date  **February 6, 2019**

Date  **February 6, 2019**

# United States Bankruptcy Court
## Middle District of Florida

In re: Richard Terry Bourne, Patricia Shaffer Bourne, Debtor(s)

Case No. 6:19-bk-00133
Chapter 7

## CERTIFICATE OF SERVICE

I hereby certify that on **February 6, 2019**, a copy of **Chapter 7 Individual Debtors Statement of Intention** was served electronically or by regular United States mail to all interested parties, the Trustee and all creditors listed below.

Pnc Bank

/s/ Melissa Peat
Melissa Peat
Coastal Legal Team
1819 Riverview Drive
Suite 101
Melbourne, FL 32901
321-775-3694
christine@coastallegalteam.com